IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NUMBER 20-MJ-7140-MAB |
| | ) ) **FILED UNDER SEAL** |
| BRIAN LOTZ | ) ) ) |
| Defendant. | ) |

## CRIMINAL COMPLAINT

I, Jake Frechette, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### Count 1

#### ATTEMPTED ENTICEMENT OF A MINOR

On or about June 26, 2020 to June 27, 2020, the defendant,

**BRIAN LOTZ,**

in Madison County, Illinois, within the Southern District of Illinois, and elsewhere, using facilities of interstate commerce, that is a cell phone connected to the Internet, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity under such circumstances as would constitute a criminal act under 720 ILCS 5/11-1.60(d) (Aggravated Criminal Sexual Abuse), in violation of Title 18, United States Code, Section 2422(b).

## **INTRODUCTION**

1.      I am a Special Agent of the Federal Bureau of Investigation (FBI) assigned to the FBI's Springfield Division, Fairview Heights Resident Agency, in Fairview Heights, Illinois. I have been employed by the FBI since January 2019. My employment has vested me with the authority to investigate violations of federal law, including Title 18, U.S.C. §§ 2422, 2252 and 2252A, all involving the Sexual Exploitation and Other Abuse of Children. During my time at the FBI Academy and while working at the Bureau, I have received training in a variety of investigative and legal matters, including the following topics: searches, drafting search warrant affidavits, and probable cause. I am presently assigned to the Springfield Violent Crimes Against Children (VCAC) Squad, which focuses on investigating individuals and dismantling organizations responsible for the sexual exploitation of children through the manufacture and distribution of child pornography. I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a) (2) (C), that is, a government agent engaged in enforcing the criminal laws.

2.      I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, and 2423. In connection with such investigations, I have served as case agent, have been the affiant for several search warrants and I have conducted interviews of subjects, victims, and witnesses. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3.      The statements contained in this affidavit are based on my personal knowledge as well as on information provided to me by other law enforcement officers. This affidavit is being

submitted for the limited purpose of securing a criminal complaint and an arrest warrant, and I have not included each fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that BRIAN LOTZ committed violations of Title 18, United States Code, Section 2422(b).

### BACKGROUND OF INVESTIGATION AND FACTS ESTABLISHING PROBABLE CAUSE

4.  On June 26 and 27, 2020, agents from the Federal Bureau of Investigation, along with a joint task force of various state and federal law enforcement agencies conducted an undercover investigation targeting subjects who were attempting to engage in sexual activity with minors.

5.  Starting on approximately June 19, 2020, through June 27, 2020, undercover agents began posting ads on various online social media and dating platforms and applications. The ads were primarily dating profiles showing photos of young-looking male and female adult confidential sources. The ads all state that the person's age is 18 as that is the minimum age required for the websites.

6.  A residence in Collinsville, Illinois was obtained to be the location that targets were directed to for engaging in sexual activity with the fictitious minors from the online profiles.

7.  On June 26, 2020, an FBI Undercover Employee ("UCE"), acting in authorized undercover capacity, was operating a profile on a popular online dating/chatting application. The profile displayed a username of "Conner", an age of eighteen (18) years, and included multiple pictures of a male undercover source's face.

8.  On June 26, 2020, at approximately 10:26 p.m. a user with the name "BWL" engaged in a message conversation with the FBI Online Covert Employee (UCE) profile "Conner."

The profile for "BWL" had his photograph, identified that he is 56 years old, 5'10", 247 pounds, and lives in Collinsville, Illinois. The conversation ensued as follows:

| | |
|---|---|
| UCE: | Saw your woof! |
| UCE: | What's up |
| BWL: | Nothing much. Just my way to say your Handsome |
| UCE: | Aww(emoji) |
| UCE: | Your pretty cute too! |
| BWL: | Thank you |
| UCE: | So what are you looking for? |
| BWL: | Friend with benefits or right now to swap a blow job |
| UCE: | I'd be done for that |
| UCE: | You'd be my oldest bj! I hope that's not weird |
| BWL: | No. Your place or mine |
| UCE: | I cant drive yet but I'm home alone |
| UCE: | My moms out of town |
| BWL: | What's the address |
| UCE: | I don't want it to be a dick move but I'm almost 16. |
| BWL: | Really |
| UCE: | Yea |
| UCE: | (emoji) |
| BWL: | Let's meet and see |
| UCE: | What you wanna see? |
| BWL: | If you want |
| BWL: | Do you want to suck dick? |
| UCE: | Yea are we still swapping bjs? |
| BWL: | Sure |
| UCE: | Sweet |
| UCE: | You gonna pick me up or just do it bere |
| UCE: | Here* |
| BWL: | I'll pic you up then we can go to your place |
| UCE: | Pic me up to my place lol? |
| BWL: | What |
| UCE: | Heres my address |
| BWL: | Ok |

BWL tells the UCE that he (UCE) should be ready by 4:15 and should "walk toward the catholic church" because he (BWL) is "heading out now." The UCE says he is outside. BWL said he drove down the street that the UCE provided and said "you weren't their." BWL says that he was driving an "all blk" car. When the UCE says he can walk outside to meet BWL, BWL says "Can we try another night. Your neighbors are out on there front porch." BWL then asks the UCE

to "send a cock pic and I'll send you one." BWL suggests meeting on Monday night, but the UCE replies that "my mom will be back Sunday." BWL tells the UCE "Let me see what I can do about tomorrow."

BWL asks, "You alone? Your 15?" The UCE replies "Yea… My mom goes to visit her bf sometimes andeaves me here." BWL replies, "Kewel. I get off at 2:30 tomorrow. Will that work." UCE replies, "That should work." BWL says, "Cant wait to see your cock."

9. On June 27, 2020, at approximately 10 a.m., BWL reinitiated conversation. Below are excerpts from the conversation from that day:

| | |
|---|---|
| BWL: | Hey we still on for this afternoon??? |
| UCE: | Yea |
| UCE: | What time? |
| UCE: | I was gonna play some fortnite at my friends for alittle this afternoon |
| BWL: | I get off a 2:30 then I'll head over |

BWL confirms the address of where to meet the UCE. At around 2:40 p.m., BWL states, "Heading your way."

10. During the course of the chat, the UCE revealed that he was a minor stating, "I cant drive yet," "I'm almost 16", and confirms "yea" to BWL after he asks, "your 15." After being informed of the UCE's age, BWL asked to perform sexual acts with the minor and wanted to meet for the purpose of sex.

11. BWL initiated a conversation regarding planning a meet up time and location. A meeting was tentatively set for at 2:30 PM on June 27th at the undercover house in Collinsville, IL. The subject agreed to meet the minor from the profile on Friday at the minor profile's residence for a sexual encounter.

12. In total, the conversations via the application took place between June 26, 2020 and June 27, 2020. The conversation was almost exclusively about engaging in sexual acts and arranging to engage in sexual acts, as was detailed above.

13. At approximately 2:45 PM, BWL messaged the UCE profile. The following excerpt occurred:

| | |
|---|---|
| BWL: | Brick house |
| UCE: | Yea |

14. Shortly after, an individual identified as Brian Lotz arrived at the UC residence and came to the door of the house. Agents then took Lotz in to custody.

15. Lotz was interviewed on location immediately following the arrest. He said that he was coming to the residence to meet the "Conner" UCE profile, but claimed that he was not intending on having sex with him. He acknowledged knowing that "Conner" was a minor. Agents confirmed "BWL" are Brian Lotz's initials.

## CONCLUSION

16. Based on the foregoing, I submit that there is probable cause to believe that between June 26 and June 27, 2020, BRIAN LOTZ committed the offense set forth in Count 1 of this Complaint.

*Jake Frechette*
Jake Frechette, Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me this

\_\_\_29th\_\_\_ day of June, 2020, within the Southern District of Illinois.

_____
MARK A. BEATTY
United States Magistrate Judge

STEVEN D. WEINHOEFT
United States Attorney

*Laura V. Reppert*
LAURA V. REPPERT
Assistant United States Attorney